Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Bradley Moore

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| **BRADLEY MOORE,** Individually and on behalf of all other similarly situated, <br><br> PLAINTIFF, <br><br> V. <br><br> **SYNCHRONY BANK,** <br><br> DEFENDANT. | Case No: 3:15-cv-02261-CAB-JMA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** <br><br> **HON. CATHY ANN BENCIVENGO** |
|---|---|

1 | Plaintiff BRADLEY MOORE hereby move this Court to dismiss the above entitled action without prejudice.

WHEREFORE, Plaintiff respectfully requests that this court dismiss this action without prejudice.

Dated: October 9, 2015                                          **HYDE & SWIGART**

                                                                By:  s/Joshua B. Swigart
                                                                    Joshua B. Swigart
                                                                    Attorney for Plaintiff

**HYDE & SWIGART**
San Diego, California